# EXHIBIT H

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 235193 | FOR COURT USE ONLY |
|---|---|
| NAME: Billie D. Wenter | |
| FIRM NAME: Boyer Wenter LLP | |
| STREET ADDRESS: 1585 North 4th Street, Suite N | |
| CITY: San Jose  STATE: CA  ZIP CODE: 95112 | |
| TELEPHONE NO.: (669) 296-0327  FAX NO.: | |
| E-MAIL ADDRESS: bwenter@boyerwenter.com | |
| ATTORNEY FOR (Name): Plaintiff LeRonne Armstrong | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Renee C. Davidson Courthouse

Plaintiff/Petitioner: LERONNE ARMSTRONG
Defendant/Respondent: THE CITY OF OAKLAND and SHENG THAO

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: 24CV062749

TO (insert name of party being served): Sheng Thao

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 15, 2024

Billie D. Wenter
(TYPE OR PRINT NAME)

▶ /s/ Bill
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [x] A copy of the summons and of the complaint.
2. [x] Other (specify):

   Civil Case Cover Sheet; Notice of Case Management Conference; Notice of Case Assignment; Alameda County ADR Packet

(To be completed by recipient):

Date this form is signed: March 6, 2024

Katharine Van Dusen, on behalf of Sheng Thao
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ /s/ KVN
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**PROOF OF SERVICE**

*LeRonne Armstrong v. The City of Oakland and Sheng Thao, et al.*
**Alameda Superior Court Case No. 22CV062749**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Montgomery Street, Suite 3000, San Francisco, CA 94104-5500.

On March 6, 2024, I served true copies of the following document(s) described as

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT ON BEHALF OF DEFENDANT SHENG THAO**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jlibbey@coblentzlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2024, at San Francisco, California.

_____
Jessica Libbey

Case No. 22CV062749
**PROOF OF SERVICE**

## SERVICE LIST

*LeRonne Armstrong v. The City of Oakland and Sheng Thao, et al.*
**Alameda Superior Court Case No. 22CV062749**

Patrick R. Delahunty, Esq.
William J. Edelman, Esq.
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 891-6210
Fax: (415) 891-6256
pdelahunty@delawllp.com
wedelman@delawllp.com

Billie D. Wenter, Esq.
BOYER WENTER LLP
1585 North 4th Street, Suite N
San Jose, CA 95112
Tel: (669) 296-0327
bwenter@boyerwenter.com

*Attorneys for Plaintiff LeRonne Armstrong*