UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number

November 8, 2024

Alameda County Superior Court  
1225 Fallon Street  
Oakland, CA 94612

RE: Leronne Armstrong v. The City of Oakland, California, et al.  
     24-cv-01953-TLT

Your Case Number: 24CV062749

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

   Please send an acknowledgement of receipt of these documents to susie_barrera@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

by: Susie Barrera  
Case Systems Administrator

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:  
MARK B. BUSBY  
Clerk, U.S. District Court  
Northern District of California

by: Susie F. Barrera  
Deputy Clerk  
Date: 11/8/2024