ADRMOP,CLOSED,REFSET-TSH

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:24-cv-01953-TLT
### Internal Use Only

| | |
|---|---|
| Armstrong v. The City of Oakland, California et al | Date Filed: 03/29/2024 |
| Assigned to: Judge Trina L Thompson | Date Terminated: 11/08/2024 |
| Referred to: Magistrate Judge Thomas S. Hixson (Settlement) | Jury Demand: Plaintiff |
| Case in other court: Alameda County Superior Court, 24CV062749 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 28:1441 Petition for Removal- Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Leronne Armstrong**  represented by  **Billie Desiree Wenter**
Boyer Wenter LLP
1585 N. 4th Street
Suite N
San Jose, CA 95112
925-448-0413
Email: bwenter@boyerwenter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Richard Delahunty**
Delahunty & Edelman LLP
4 Embarcadero Center
Suite 1400
San Francisco, CA 94111
415-891-6215
Fax: 415891-6210
Email: pdelahunty@delawllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Edelman**
Delahunty & Edelman LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 891-6225
Email: wedelman@delawllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Karl DiBona**
Shegerian and Associates, Inc.
11520 San Vincente Blvd.
Los Angeles, CA 90049
213-816-5214
Email: adibona@shegerianlaw.com
*ATTORNEY TO BE NOTICED*

**Carney Richard Shegerian**
Shegerian & Associates, Inc.
11520 San Vicente Boulevard
Los Angeles, CA 90049
(310) 860-0770
Fax: (310) 860-0771
Email: cshegerian@shegerianlaw.com
*ATTORNEY TO BE NOTICED*

**Christina F. Taylor**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: *Susie F. Barrera*
Deputy Clerk
Date: 11/8/2024

|   |   |   | Boyer Wenter LLP<br>CA<br>1585 N. 4th St<br>Unit N<br>San Jose, CA 95112<br>669-842-6120<br>Email: ctaylor@boyerwenter.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|---|

V.

**Defendant**

| The City of Oakland, California | represented by | **Anthony Dominic Risucci**<br>Coblentz Patch Duffy & Bass LLP<br>One Montgomery Street<br>Suite 3000<br>San Francisco, CA 94104<br>415-268-0554<br>Email: ef-adr@cpdb.com<br>*TERMINATED: 06/28/2024*<br><br>**Oliver W. Hamilton**<br>Coblentz Patch Duffy & Bass LLP<br>1 Montgomery Street<br>Ste 3000<br>San Francisco, CA 94104<br>415-391-4800<br>Fax: 415-989-1663<br>Email: ohamilton@coblentzlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine T Van Dusen**<br>Coblentz, Patch, Duffy, Bass LLP<br>One Montgomery Street<br>Suite 3000<br>San Francisco, CA 94104<br>415-391-4800<br>Fax: 415-989-1663<br>Email: ef-ktv@cpdb.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Sheng Thao | represented by | **Anthony Dominic Risucci**<br>(See above for address)<br>*TERMINATED: 06/28/2024*<br><br>**Oliver W. Hamilton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine T Van Dusen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE OF REMOVAL *of Defendants The City of Oakland and Sheng Thao* from Alameda County Superior Court. Their case number is 24CV062749. (Filing fee $405 receipt number ACANDC-19273207). Filed by Sheng Thao, The City of Oakland, California. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Civil Cover Sheet)(Van Dusen, Katharine) (Filed on 3/29/2024) (Entered: 03/29/2024) |

| | | |
|---|---|---|
| 03/29/2024 | 🔒 | (Court only) *** Attorney Patrick Richard Delahunty,William J. Edelman,Billie Desiree Wenter for Leronne Armstrong added. (cv, COURT STAFF) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/29/2024 | 2 | Case assigned to Magistrate Judge Kandis A. Westmore. <br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 4/12/2024. (cv, COURT STAFF) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/29/2024 | 3 | NOTICE of Appearance by William J. Edelman (Edelman, William) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/29/2024 | 4 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Leronne Armstrong.. (Edelman, William) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/29/2024 | 5 | STIPULATION *(Joint) to Extend Time to Respond to Complaint Pursuant to Local Rule 6-1(a)* filed by Sheng Thao, The City of Oakland, California. (Van Dusen, Katharine) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/29/2024 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines: This case may fall within the Initial Discovery Protocols for Employment Cases Alleging Adverse Action. See General Order 71. Parties and Counsel are directed to review General Order 71 to determine whether it applies to this case, and to comply with that General Order if applicable. Case Management Statement due by 6/25/2024. Initial Case Management Conference set for 7/2/2024 01:30 PM in Oakland, - Videoconference Only. (cv, COURT STAFF) (Filed on 3/29/2024) (Entered: 03/29/2024)** |
| 04/01/2024 | 7 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. <br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. <br><br>*This is a text only docket entry; there is no document associated with this notice.* (wft, COURT STAFF) (Filed on 4/1/2024) (Entered: 04/01/2024) |
| 04/01/2024 | 8 | NOTICE of Appearance by Billie Desiree Wenter (Wenter, Billie) (Filed on 4/1/2024) (Entered: 04/01/2024) |
| 04/01/2024 | 9 | NOTICE of Appearance by Anthony Dominic Risucci (Risucci, Anthony) (Filed on 4/1/2024) (Entered: 04/01/2024) |
| 04/02/2024 | 10 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Trina L Thompson for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case. Signed by The Clerk on 4/2/2024. (wsm, COURT STAFF) (Filed on 4/2/2024) (Entered: 04/02/2024)** |

| | | |
|---|---|---|
| 04/02/2024 | 11 | CLERKS NOTICE - REASSIGNED CASE - NOTICE OF NEW HEARING DATE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Trina L. Thompson upon reassignment. For a copy of Judge Thompson's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Initial Case Management Conference set for 7/18/2024 at 2:00 PM in San Francisco - Videoconference Only. This proceeding will be held via a Zoom webinar. Joint Case Management Statement due by 7/11/2024.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/trina-l-thompson/<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Filed on 4/2/2024) (Entered: 04/02/2024) |
| 04/02/2024 | 12 | CERTIFICATE OF SERVICE by Sheng Thao, The City of Oakland, California re 1 Notice of Removal, *and Case Opening Documents* (Van Dusen, Katharine) (Filed on 4/2/2024) (Entered: 04/02/2024) |
| 05/03/2024 | 13 | MOTION to Dismiss *Plaintiff's Complaint* filed by Sheng Thao, The City of Oakland, California. Motion to Dismiss Hearing set for 7/30/2024 02:00 PM in San Francisco, Courtroom 09, 19th Floor. Responses due by 5/17/2024. Replies due by 5/24/2024. (Attachments: # 1 Request for Judicial Notice, # 2 [Proposed] Order) (Van Dusen, Katharine) (Filed on 5/3/2024) (Entered: 05/03/2024) |
| 05/14/2024 | 14 | STIPULATION WITH PROPOSED ORDER *To Extend Deadlines Related to Defendants' Motion to Dismiss* filed by Leronne Armstrong. (Attachments: # 1 Proposed Order To Extend Deadlines Related to Defendants' Motion to Dismiss)(Wenter, Billie) (Filed on 5/14/2024) (Entered: 05/14/2024) |
| 05/15/2024 | 15 | **ORDER GRANTING 14 STIPULATION TO EXTEND DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [L.R. 6-1(B)]. Signed by Judge Trina L. Thompson on 5/14/2024.**<br><br>**Motion Hearing set for 7/30/2024 is re-set for 10/15/2024 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.**<br>**Responses due by 5/24/2024.**<br>**Replies due by 6/4/2024.**<br><br>**(rfm, COURT USER) (Filed on 5/15/2024) (Entered: 05/15/2024)** |
| 05/24/2024 | 16 | OPPOSITION/RESPONSE (re 13 MOTION to Dismiss *Plaintiff's Complaint* ) filed byLeronne Armstrong. (Attachments: # 1 Request for Judicial Notice In Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, # 2 Proposed Order Denying Defendants' Motion to Dismiss)(Wenter, Billie) (Filed on 5/24/2024) (Entered: 05/24/2024) |
| 06/04/2024 | 17 | REPLY (re 13 MOTION to Dismiss *Plaintiff's Complaint* ) filed bySheng Thao, The City of Oakland, California. (Van Dusen, Katharine) (Filed on 6/4/2024) (Entered: 06/04/2024) |
| 06/28/2024 | 18 | ADR Clerks Notice re: Non-Compliance with Court Order. The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order. Counsel shall comply promptly with the requirements of ADR L.R. 3-5(b) and shall file the ADR Certification. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(cmf, COURT STAFF) (Filed on 6/28/2024) (Entered: 06/28/2024) |
| 06/28/2024 | 19 | NOTICE by Sheng Thao, The City of Oakland, California *NOTICE OF WITHDRAWAL OF ATTORNEY ANTHONY D. RISUCCI* (Risucci, Anthony) (Filed on 6/28/2024) (Entered: 06/28/2024) |
| 06/28/2024 | 20 | NOTICE of Appearance by Oliver W. Hamilton (Hamilton, Oliver) (Filed on 6/28/2024) (Entered: 06/28/2024) |
| 06/28/2024 | 🔒 | (Court only) *** Attorney Anthony Dominic Risucci terminated. (dhm, COURT STAFF) (Filed on 6/28/2024) (Entered: 07/01/2024) |
| 07/02/2024 | 21 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Taylor, Christina) (Filed on 7/2/2024) (Entered: 07/02/2024) |

| | | |
|---|---|---|
| 07/02/2024 | 22 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Van Dusen, Katharine) (Filed on 7/2/2024) (Entered: 07/02/2024) |
| 07/11/2024 | 23 | JOINT CASE MANAGEMENT STATEMENT filed by Sheng Thao, The City of Oakland, California. (Van Dusen, Katharine) (Filed on 7/11/2024) (Entered: 07/11/2024) |
| 07/18/2024 | 24 | **Minute Entry for proceedings held before Judge Trina L Thompson: Initial Case Management Conference held on 7/18/2024.**<br><br>**CASE REFERRED to Magistrate Judge Thomas S. Hixon, by agreement of parties, for Settlement Conference to be completed by 6/20/2025.**<br>**Jury Selection and Trial set for 7/20/2026 - 8/4/2026 at 8:30 AM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Estimated Length: 7-10 days.**<br>**Final Pretrial Conference set for 6/18/2026 at 3:00 PM in San Francisco, Courtroom 09, 19th Floor. Joint Pretrial Statement with Objections due by 5/8/2026.**<br>**Dispositive Motion Hearing set for 3/24/2026 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson. Dispositive Motion due by 1/9/2026.**<br>**Close of Expert Discovery is 8/29/2025.**<br>**Rebuttal Reports due by 7/25/2025.**<br>**Opening Reports due by 7/3/2025.**<br>**Close of Fact Discovery is 5/23/2025.**<br><br>**Further Case Management Conference set for 1/16/2025 at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by 1/9/2025.**<br><br>**Amended Pleadings due by 2/21/2025.**<br><br>**Initial Disclosures by 8/23/2024.**<br><br>**Total Time in Court: 14 minutes.**<br>**Court Reporter: Not reported.**<br>**Plaintiff Attorney: William Edelman, Billie Wenter.**<br>**Defendant Attorney: Oliver Hamilton, Katharine Van Dusen.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rfm, COURT USER) (Date Filed: 7/18/2024) (Entered: 07/19/2024) |
| 07/22/2024 | 25 | **CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Trina L. Thompson on 7/18/2024.** (rfm, COURT USER) (Filed on 7/22/2024) (Entered: 07/22/2024) |
| 07/22/2024 | 26 | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT. Signed by Judge Trina L. Thompson on 7/18/2024.** (rfm, COURT USER) (Filed on 7/22/2024) (Entered: 07/22/2024) |
| 07/22/2024 | 🔒 | (Court only) ***Set/Clear Flags (shy, COURT STAFF) (Filed on 7/22/2024) (Entered: 07/22/2024) |
| 07/24/2024 | 27 | CLERK'S NOTICE: Scheduling Pre-Settlement Conference Telephone Call:<br><br>This case has been referred for Pre-Settlement Conference to Magistrate Judge Thomas S. Hixon.<br><br>A Pre-Settlement Conference Telephone Call is scheduled for: 7/26/2024 at<br>2:30 P.M. Counsel shall be prepared to speak about the status of this case and to talk about a Settlement Conference and schedule a date for Settlement Conference.<br><br>Counsel shall call the following conference call number:<br><br>1-888-684-8852/Access Code: 2925506<br><br>If counsel have any questions please contact the Courtroom Deputy, Rose Maher, by email: Rose_Maher@cand.uscourts.gov<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rmm2, COURT STAFF) (Filed on 7/24/2024) (Entered: 07/24/2024) |
| 07/28/2024 | 28 | **Minute Entry for proceedings held before Magistrate Judge Thomas S. Hixon:**<br><br>**Telephone Conference held on 7/26/2024 at 2:30 PM.** |

| | | |
|---|---|---|
| | | **Digital Recording Time: Not Recorded.**<br><br>**Plaintiff Attorney: Billie Wenter.**<br><br>**Defendant Attorney: Kathryn Van Dusen/Montana Baker/Oliver W. Hamilton.**<br><br>**Proceedings:**<br><br>**Telephone conference held on 7/26/2024 to schedule a date for Settlement Conference. Proposed Settlement Conference dates: 8/19/2024 or 8/23/2024 at 10:00 a.m., in person hearing.**<br><br>**Counsel shall check with their clients/representatives re which dates or date is available for the Settlement Conference.**<br><br>**By COB on 7/29/2024, counsel shall email the Courtroom Deputy, Rose Maher and let her know if both dates or which single date, 8/19/2024 or 8/23/2024, is available to schedule the Settlement Conference.**<br><br>**Courtroom Deputy email: Rose_Maher@cand.uscourts.gov**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(rmm2, COURT STAFF) (Date Filed: 7/28/2024) Modified on 7/28/2024 (rmm2, COURT STAFF). Modified on 7/28/2024 (rmm2, COURT STAFF). (Entered: 07/28/2024)** |
| 07/31/2024 | 29 | **Order Setting Settlement Conference before Magistrate Judge:**<br><br>**Settlement Conference set for 8/19/2024 at 10:00 AM in San Francisco, Courtroom E, 15th Floor. Signed by Magistrate Judge Thomas S. Hixson on 7/30/2024.**<br><br>**(rmm2, COURT STAFF) (Filed on 7/31/2024) Modified on 7/31/2024 (rmm2, COURT STAFF). (Entered: 07/31/2024)** |
| 07/31/2024 | | Set/Reset Hearing re 29 Order Setting Settlement Conference: Settlement Conference set for 8/19/2024 at 10:00 AM in San Francisco, Courtroom E, 15th Floor. (rmm2, COURT STAFF) (Filed on 7/31/2024) (Entered: 07/31/2024) |
| 08/19/2024 | 30 | **Minute Entry for proceedings held before Magistrate Judge Thomas S. Hixson:**<br><br>**Settlement Conference held on 8/19/2024 at 10:00 AM in Courtroom E, 15th Floor.**<br><br>**Digital Recording Time: Not Recorded.**<br><br>**Start time: 10:10 AM/End time: 3:20 PM**<br><br>**Plaintiff: Leronne Armstrong**<br>**Plaintiff's counsel: Billie Wenter, Will Edelman**<br><br>**Defendant City of Oakland's representatives: John Burke, Montana Baker**<br>**Defendants' counsel: Katharine Van Dusen, Oliver Hamilton**<br><br>**Proceedings: Case did not settle.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(rmm2, COURT STAFF) (Date Filed: 8/19/2024) (Entered: 08/19/2024)** |
| 08/23/2024 | 31 | STIPULATION WITH PROPOSED ORDER *(Stipulated Protective Order)* filed by Sheng Thao, The City of Oakland, California. (Van Dusen, Katharine) (Filed on 8/23/2024) (Entered: 08/23/2024) |
| 08/26/2024 | 32 | **ORDER GRANTING 31 STIPULATED PROTECTIVE ORDER. Signed by Judge Trina L Thompson on 8/26/2024. (rfm, COURT USER) (Filed on 8/26/2024) (Entered: 08/26/2024)** |
| 09/30/2024 | 33 | ASSOCIATION of Counsel *Alex DiBona* by Leronne Armstrong. (DiBona, Alex) (Filed on 9/30/2024) (Entered: 09/30/2024) |
| 10/01/2024 | 34 | NOTICE of Appearance filed by Carney Richard Shegerian on behalf of Leronne Armstrong (Shegerian, Carney) (Filed on 10/1/2024) (Entered: 10/01/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 35 | Letter Brief re 16 Opposition/Response to Motion, *REQUEST TO DISCUSS CASE INADVERENTLY OMITTED FROM BRIEFING AT ORAL ARGUMENT* filed byLeronne Armstrong. (Related document(s) 16 ) (DiBona, Alex) (Filed on 10/10/2024) (Entered: 10/10/2024) |
| 10/11/2024 | 36 | **INQUIRIES FOR HEARING ON 13 DEFENDANTS' MOTION TO DISMISS. Signed by Judge Trina L. Thompson on 10/11/2024. (rfm, COURT USER) (Filed on 10/11/2024) (Entered: 10/11/2024)** |
| 10/14/2024 | 37 | RESPONSE re 36 Order *COURT INQUIRIES ON DEFENDANTS MOTION TO DISMISS* by Leronne Armstrong. (DiBona, Alex) (Filed on 10/14/2024) (Entered: 10/14/2024) |
| 10/15/2024 | 38 | **Minute Entry for proceedings held before Judge Trina L Thompson: Motion Hearing held on 10/15/2024. re 13 MOTION to Dismiss** *Plaintiff's Complaint* **filed by The City of Oakland, California, Sheng Thao**<br><br>**The motion having been argued and submitted, the Court takes it under submission.**<br><br>**Counsel have leave to file supplemental briefing, no more than 3 pages, regarding remand of the case no later than 10/22/2024.**<br><br>**Written order to be issued thereafter.**<br><br>**Counsel are to meet and confer regarding possible amendment of the complaint and notify the Court within 7 days.**<br><br>**Total Time in Court: 54 minutes.**<br>**Court Reporter: Kelly Shainline.**<br>**Plaintiff Attorney: Alex Di Bona, Billie Wenter.**<br>**Defendant Attorney: Katherine Van Dusen, Oliver Hamilton, John Burke.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(rfm, COURT USER) (Date Filed: 10/15/2024) (Entered: 10/15/2024)** |
| 10/22/2024 | 39 | Supplemental Brief re 13 MOTION to Dismiss *Plaintiff's Complaint* filed byLeronne Armstrong. (Related document(s) 13 ) (DiBona, Alex) (Filed on 10/22/2024) (Entered: 10/22/2024) |
| 10/22/2024 | 40 | Supplemental Brief re 38 Motion Hearing,,, *Defendants Supplemental Brief in Support of the Court Retaining Jurisdiction* filed bySheng Thao, The City of Oakland, California. (Related document(s) 38 ) (Van Dusen, Katharine) (Filed on 10/22/2024) (Entered: 10/22/2024) |
| 11/08/2024 | 41 | **ORDER GRANTING 13 MOTION TO DISMISS AND REMANDING ACTION TO STATE COURT. Signed by Judge Trina L. Thompson on 11/6/2024. (rfm, COURT USER) (Filed on 11/8/2024) (Entered: 11/08/2024)** |
| 11/08/2024 | 🔒 | (Court only) ***Civil Case Terminated. Case to be Remanded to Alameda County Superior Court. (sfb, COURT STAFF) (Filed on 11/8/2024) (Entered: 11/08/2024) |