UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERONNE ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF OAKLAND, CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-01953-TLT<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 41, 43 |

　　　On November 8, 2024, the Court granted the Defendant's motion to dismiss, in part. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff dismissing Plaintiff's First Amendment Claim with prejudice.

　　　The Court remanded Plaintiff's remaining Whistleblower Claim back to state court for lack of subject matter jurisdiction.

　　　The Clerk of Court shall close the file and terminate the matter.

　　　**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
TRINA L. THOMPSON
United States District Judge